1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   TONY EDWARD POWELL,              )     1:07-cv-01849-OWW-DLB-HC
                                      )
12              Petitioner,           )     **ORDER ADOPTING FINDINGS AND**
                                      )     **RECOMMENDATION** (Doc. 5)
13   v.                               )
                                      )     **ORDER DISMISSING PETITION**
14   D. SMITH,                        )     **FOR WRIT OF HABEAS CORPUS**
                                      )
15              Respondent.           )     **ORDER DIRECTING CLERK TO**
     _____)     **ENTER JUDGMENT**

16

17        Petitioner is a federal prisoner proceeding pro se with a

18   Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

19        On December 26, 2007, the Magistrate Judge filed Findings and

20   a Recommendation that the Petition for Writ of Habeas Corpus be

21   DISMISSED, and the Clerk of Court enter judgment, terminating this

22   action.  These Findings and Recommendation were served on all

23   parties and contained notice that any objections were to be filed

24   within thirty (30) days from the date of service of that order.  On

25   January 18, 2008, Petitioner filed objections to the Findings and

26   Recommendation.

27   //

28   /

                                     1

1    In accordance with the provisions of 28 U.S.C. § 636

2  (b)(1)(C), this Court has conducted a *de novo* review of the case.

3  Having carefully reviewed the entire file, including Petitioner's

4  objections, the Court concludes that the Magistrate Judge's

5  Findings and Recommendation are supported by the record and proper

6  analysis.

7    In his objections, Petitioner contends that he filed an

8  untimely § 2255 motion in the sentencing court, which was denied as

9  procedurally barred, and was affirmed thereafter by the Fifth

10 District Court of Appeals.  (Objections, at 2.)  Then in 2001,

11 Petitioner filed a second and/or successive § 2255 motion, which

12 was also denied as procedurally barred, and affirmed on appeal.

13 (Id.)  Thereafter in or about 2002, Petitioner submitted a Rule

14 60(b) motion, which was denied by the Fifth Circuit Court of

15 Appeals.  (Id.) As a result, Petitioner contends that he has n

16 means to challenge his conviction and sentence due to AEDPA's

17 restrictions.  (Id.) Petitioner's objections are without merit, as

18 AEDPA's filing limitations or a court's prior denial of a § 2255

19 motion does not render the process inadequate or ineffective.  See

20 Moore v. Reno, 185 F.3d 1054, 1055 (9th Cir.1999) (per curium)

21 (holding that the AEDPA's filing limitations on § 2255 Motions does

22 not render § 2255 inadequate or ineffective); Aronson v. May, 85

23 S.Ct. 3, 5 (1964) (a court's denial of a prior § 2255 motion is

24 insufficient to render § 2255 inadequate.); Lorentsen v. Hood, 223

25 F.3d 950, 953 (9th Cir. 2000) (same).  Accordingly, Petitioner's

26 objections present no grounds for questioning the Magistrate

27 Judge's analysis.

28    Accordingly, IT IS HEREBY ORDERED that:

2

1      1.    The Findings and Recommendation, filed December 26, 2007,

2  are ADOPTED IN FULL;

3      2.    The Petition for Writ of Habeas Corpus is DISMISSED; and,

4      3.    The Clerk of Court enter judgment, terminating this

5  action.

6  IT IS SO ORDERED.

7  **Dated:**    **February 13, 2008**                   **/s/ Oliver W. Wanger**

                                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28