# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EDWARD POWELL,<br><br>      Petitioner,<br><br>   v.<br><br>D. SMITH,<br><br>      Respondent. | 1:07-cv-01849 OWW DLB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION TO AMEND PLEADING CONSTRUED AS RULE 60(a) MOTION<br><br>[Doc. 9] |

     On December 26, 2007, the Magistrate Judge issued a Findings and Recommendation recommending that the instant petition filed pursuant to 28 U.S.C. § 2241 be dismissed, as the claims were not cognizable.  (Court Doc. 5.)  Petitioner filed objections on January 8, 2008.  (Court Doc. 6.)  On February 14, 2008, the undersigned adopted the Findings and Recommendation in full and judgment was entered. (Court Docs. 7, 8.)

     Now pending before the Court is Petitioner's motion to amend the pleadings on February 28, 2008.  (Court Doc. 9.)  In his motion, Petitioner seeks clarification of the order of dismissal under Rule 60(a) of the Federal Rules of Civil Procedure.  Petitioner continues to argue that the presentence report contains inaccurate information regarding his convictions.

     Rule 60(a) states, pertinent part:

> Clerical mistakes in judgments, orders or other parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any party and after such notice, if any, as the court orders.

1

1  Motions to reconsider are committed to the discretion of the trial court. Combs v. Nick Garin Trucking, 825 F.2d 437, 441 (D.C. Cir. 1987); Rodgers v. Watt, 722 F.2d 456, 460 (9th Cir. 1983) (*en banc*).

Although Petitioner states the evidence supports his contention, Petitioner does not set forth any arguments or evidence that have not already been considered by this Court. Petitioner's arguments present no basis for relief. As stated in the order of dismissal, Petitioner claims are more appropriately raised via § 2255 in the sentencing court, and the fact that his prior challenges have all been denied does not render such process inadequate of ineffective to proceed under § 2241. (See Court Doc. 7, at 2.) Accordingly, the Motion for Reconsideration is DENIED.

A certificate of appealability shall not issue as no issue debateable among jurists of reason has been presented.

IT IS SO ORDERED.

**Dated:   March 14, 2008**                         /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE