# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EDWARD POWELL, | 1:07-cv-01849 OWW DLB (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL |
|     v. | |
| D. SMITH, | FOURTEEN (14) DAY DEADLINE |
|     Respondent. | |

The instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 was dismissed, and judgment was entered on February 14, 2008. (Court Docs. 7, 8.)

On February 28, 2008, Petitioner filed a motion to amend the pleadings. (Court Doc. 9.) On March 14, 2008, the Court construed Petitioner's motion to amend as a Rule 60(a) motion and denied said motion. (Court Doc. 11.)

Now pending before the Court is Petitioner's request to reopen the time to file a notice of appeal, filed March 28, 2008. (Court Doc. 12.)

A notice of appeal must be filed by the district clerk within 30 days after the judgment or order appealed from is entered. See FRAP 4(a)(1)(A). However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause. See FRAP 4(a)(5)(A).

Pursuant to Rule 4(a)(6)(B), the Court may reopen the time to file an appeal if the Court

1  finds that the moving party did not receive the notice from the district court within 21 days after
2  entry of judgment; the motion is filed within 180 days after the judgment or order is entered or
3  within 7 days after the moving party receives notice under Federal Rules of Civil Procedure 77(d)
4  of the entry; and, the court finds that no party would be prejudiced.  See FRAP 4(a)(6)(A)-(C).

5       Here, as previously stated, the petition was dismissed and judgment was entered on
6  February 14, 2008.  (Court Docs. 7, 8.)  Petitioner's notice of appeal was due within thirty (30)
7  days thereafter, on March 15, 2008.  On February 28, 2008, Petitioner filed a motion to amend
8  the pleadings, which was construed as a Rule 60(a) motion and denied on March 14, 2008.

9       In his petition to reopen the time to file an appeal, Petitioner states that he did not receive
10 the Court's February 14, 2008, order of dismissal until March 19, 2008, when he received the
11 Court's ruling on his motion to amend.  Petitioner's motion to reopen shall be granted under Rule
12 4(a)(6)(A)-(C).  Petitioner's motion was filed within 180 days after the entry of judgment,
13 Petitioner indicates that he did not receive notice of the Court's February 14, 2008, which is over
14 21 days, and it does not appear that any party will be prejudiced by the Court reopening the time
15 to file an appeal.  Pursuant to Rule 4(a)(6), the Court is limited to reopening the time to file an
16 appeal by fourteen (14) days from the date the order is entered.

17      Based on the foregoing, it is HEREBY ORDERED that:
18  1.  Petitioner's motion to reopen the time to file a notice of appeal is GRANTED;
19      and,
20  2.  Petitioner's notice of appeal must be filed within **fourteen (14)** days from the date
21      the order is entered.

24 IT IS SO ORDERED.
25 **Dated:    April 25, 2008**             /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE