

FILED

MAY 16 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TONY EDWARD POWELL,

vs.

D. SMITH,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:07-CV-1849 OWW/DLB HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:

NO SHOWING A 2255 petition is an INADEQUATE REMEDY.

Dated:                                  _____
                                        OLIVER W. WANGER
                                        United States District Judge